O. Hicks v. Ferd. Heim Brewing Company. No. 595. Error from Wyandotte district court. Opinion filed April 8, 1898. *Dismissed.* Hale & Craig, for plaintiff in error. Moore & Berger, for defendant in error.

W. E. Washington v. Byers Bros. No. 323. Error from Wyandotte court of common pleas. Opinion filed May 4, 1898. *Affirmed.* Miller & Morris, and Botsford, Deatherage & Young, for plaintiff in error. S. H. Cowan, and Samuel Maher, for defendants in error.

The Drumm-Flato Commission Company v. Byers Bros. No. 331. Error from Wyandotte court of common pleas. Opinion filed May 4, 1898. *Affirmed.* Miller & Morris, and Botsford, Deatherage & Young, for plaintiff in error. S. H. Cowan, and Samuel Maher, for defendants in error.

Amanda Corby v. Ellen Norman *et al.* No. 492. Error from Doniphan district court. Opinion filed May 4, 1898. *Dismissed.* J. J. Pitt, for plaintiff in error. J. Moran, for defendant in error.

B. F. Crossdale, *Executor*, v. P. Q. Davis *et al.* No. 316. Error from Shawnee circuit court. Opinion filed July 8, 1898. *Affirmed.* H. C. Root, for plaintiff in error. E. E. Chesney, for defendants in error.

H. O. Garvey *et al.* v. Western Union Telegraph Company. No. 348. Error from Shawnee district court. Opinion filed July 8, 1898. *Dismissed.* H. C. Safford, Morton & Clark, and C. K. Holliday, jr., for plaintiffs in error. Rossington, Smith & Dallas, and Clifford Histed, for defendant in error.

C. H. Young v. C. W. Fry. No. 359. Error from Atchison district court. Opinion filed July 8, 1898. *Affirmed.* W. F. Guthrie, for plaintiff in error. W. D. Gilbert, for defendant in error.

Parkhurst, Davis & Co. v. R. L. Walker *et al.* No. 371. Error from Shawnee circuit court. Opinion filed July 8, 1898. *Affirmed.* Dobbs & Stoker, for plaintiffs in error. Rossington, Smith & Dallas, and Clifford Histed, for defendants in error.

D. N. Burdge, *Sheriff*, v. W. J. Kilchner and R. J. Mackey. No. 379. Error from Shawnee district court. Opinion filed July 8, 1898. *Affirmed.* Rossington, Smith & Dallas, and E. G. Wilson, for plaintiff in error. W. R. Hazen, for defendants in error.

The Board of County Commissioners of Atchison County v. Ellsworth Ingalls, *Administrator.* No. 505. Error from Atchison district court. Opinion filed July 8, 1898. *Affirmed.* C. D. Walker, and J. L. Berry, for plaintiff in error. W. L. Bailey, and J. T. Allensworth, for defendant in error.

CENTRAL DIVISION.

N. Gollober v. E. L. Lindner *et al.* No. 279. Error from Clay district court. Opinion filed June 20, 1898. *Affirmed.* F. P. Harkness, for plaintiff in error. Coleman & Williams, for defendants in error.